**512(h) Subpoena To Identify Infringer Request**

I, Michelle Shocked, a copyright owner, hereby am requesting the Clerk of the ~~Ninth~~ Second Circuit United States district court to issue a subpoena to a service provider (Google LLC, YouTube LLC) for identification of an alleged infringer in accordance with this subsection.

(A) **Copyright Infringement Notification Confirmation**

    *(Sent April 11 2023, Confirmed April 12 2023)*

    *Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all <u>required elements</u>.*

    *In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.*

    *To check the status of your takedown request, go to the <u>'Removal requests' tab</u> in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.*

    *Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.*

    *Here is the information you gave us:*

- *Copyright Owner Name (Company Name if applicable): Michelle Shocked*
- *Your Full Legal Name (Aliases, usernames or initials not accepted): Michelle Shocked*
- *Your Title or Job Position (What is your authority to make this complaint?): owner of copyright*
- *Address:*
  - *1850 Industrial St*
  - *Los Angeles, CA 90021*
  - *US*
- *Username: Michelle Shocked*
- *Email Address: googleplus@michelleshocked.com*
- *Phone: (213) 415-1720*
- *URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Xicl4O0UkQg*
- *Describe the work allegedly infringed: My original song*
  - *Title of original song: 5 AM in Amsterdam*
  - *Where does the content appear? Entire video*
- *Country where copyright applies: US*
- *I state UNDER PENALTY OF PERJURY that:*
  - *I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.*
  - *I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and*
  - *This notification is accurate.*
  - *I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.*
  - *I understand that abuse of this tool will result in termination of my YouTube channel.*
- *Authorized Signature: Michelle Shocked*

*- The YouTube Team*

**(B) Proposed subpoena**

The People of the State of ~~California~~ New York, To Google LLC, / YouTube LLC, 901 Cherry Ave, San Bruno CA 94066 (650) 214-3010

1. You are authorized and ordered to expeditiously disclose to the copyright owner information sufficient to identify the alleged infringer of the material described in the notification to the extent such information is available.

2. The records are to be produced by the date and time shown in item 1 (but not sooner than 20 days after the issuance of the subpoena, or 15 days after service, whichever date is later).

3. The records to be produced are described as follows:

•In a Word document reasonably formatted and viewable, transmitted to Plaintiff or Plaintiff's representative by email attachment or sending a link to an FTP location, provide any information or data that confirms the identity of the owner of the YouTube channel:

"https://www.youtube.com/@jinchengzhangfindtherealmu7778 find the real music title 9"

referred to herein as the "Channel", which published https://youtu.be/v=Xicl4O0UkQg "5 am in Amsterdam Michelle Shocked – Jincheng Zhang (Official Music Video)".
Include in the document activities of the Channel.
• Include any and all aliases or names used by the alleged infringer.
• Provide all addresses, including billing, payment, physical, mailing and email addresses used by the alleged infringer.
• Provide all phone numbers associated with the alleged infringer.
• Provide the source IP address of the packets delivering any registration information about the owner of the Channel.
• Provide the source IP address of the packets delivering any of the content data to YouTube servers for use by the Channel.
• Provide the number of advertising impressions generated by the Channel.
• Provide the destination of any revenue earned by advertising placed by Google or its contractors on the Channel.
• Provide the amount of money earned from any advertising displayed by Google or its contractors on the Channel.
• Provide the amount of money earned from any advertising displayed by Google or its contractors when the [disputed content] was performed.
• Provide the number of displays of the Channel since its creation.
• Provide the number of partial streams of the content on the Channel since its creation.
• Provide the number of completed streams of the content on the Channel since its creation.

Furthermore,
•In a Word document reasonably formatted and viewable, transmitted to Plaintiff or Plaintiff's representative by email attachment or sending a link to an FTP location, provide any information or data that confirms the identity of the owner of the following YouTube channels:
https://www.youtube.com/@JinchengZhang
https://www.youtube.com/c/JinchengZhangSecondChannel
https://www.youtube.com/@jinchengzhanghelpsyoufindt5968
https://www.youtube.com/@jinchengzhangfindtherealmu2454 find the real music title 5
https://www.youtube.com/@jinchengzhangfindtherealmu5460 find the real music title 6
https://www.youtube.com/@jinchengzhangfindtherealmu6125 find the real music title 7

https://www.youtube.com/@jinchengzhangfindtherealmu6963 find the real music title 8
• Include any and all aliases or names used by the alleged infringer.
• Provide all addresses, including billing, payment, physical, mailing and email addresses used by the alleged infringer.
• Provide all phone numbers associated with the alleged infringer.
• Provide the source IP address of the packets delivering any registration information about the owner of the Channels.
• Provide the source IP address of the packets delivering any of the content data to YouTube servers for use by the Channels.
• Provide the number of advertising impressions generated by the Channels.
• Provide the destination of any revenue earned by advertising placed by Google or its contractors on the Channels.
• Provide the amount of money earned from any advertising displayed by Google or its contractors on the Channels.
• Provide the amount of money earned from any advertising displayed by Google or its contractors when the [disputed content] was performed.
• Provide the number of displays of the Channels since their creation.
• Provide the number of partial streams of the content on the Channels since their creation.
• Provide the number of completed streams of the content on the Channels since their creation.

(C) I, Michelle Shocked, hereby swear and declare that the purpose for which this subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Signed, Michelle Shocked

Michelle Shocked
45 Tudor City Place #2108
New York NY 10017
917 341 7735
contact@michelleshocked.com