JUDGE WOODS

23MISC 0186

**EXHIBIT "A"**

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: DMCA Section 512(h) Subpoena To YouTube (Google, Inc.) | CIVIL ACTION NO.   23-CCB-0135 |

**SUBPOENA TO PRODUCE DOCUMENTS OR INFORMATION
PURSUANT TO 17 U.S.C. § 512(h)**

To:  Custodian of Records for: Google, Inc., 1600 Amphitheater Parkway, Mountain View, California 94043 by and through its registered agent Corporation Service Company, 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, and electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

> All identifying information, including subscriber registration information, the name(s), address(es), telephone number(s), any electronic mail addresses associated with the infringing YouTube account "Jincheng Zhang", and all logs of Internet Protocol addresses including the time stamps used to access the subject account and to upload videos available at the following URL:
> https://www.youtube.com/watch?v=Xicl4O0UkQq

| Place:  Michelle Shocked 45 Tudor City Place #2108 New York NY 10017 | Date and Time:   6/26/2023 10am ET |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached -- Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

CLERK OF THE COURT

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail address, and telephone number of the Pro Se Plaintiff, Michelle Shocked who issues or requests this subpoena is
45 Tudor City Place #2108 New York NY 10017 contact@michelleshocked.com (917) 341 7735

**Notice to the person who issues or requests this subpoena**
A notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

    ❯ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

    ❯ I returned the subpoena unexecuted because: _____

.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

1 • All documents concerning the YouTube account in which an infringing party posted audiovisual content:
**5 am in Amsterdam Michelle Shocked - Jincheng Zhang (Official Music Video)**
URL https://www.youtube.com/watch?v=Xicl4O0UkQg

2 • All documents for which an infringing party submitted a DMCA counternotice for the YouTube Channel:
**Jincheng Zhang find the real music title 9**
URL https://www.youtube.com/@jinchengzhangfindtherealmu7778

3 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang helps you find the real music title**
URL https:///www.youtube.com/@jinchengzhanghelpsyoufindt5968

4 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang**
URL https://www.youtube.com/@JinchengZhang

5 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang Second Channel**
URL https://www.youtube.com/c/JinchengZhangSecondChannel

6 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang find the real music title 10**
https://www.youtube.com/@jinchengzhangfindtherealmu5660

7 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang find the real music title 8**
URL https://www.youtube.com/@jinchengzhangfindtherealmu6963

8 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang find the real music title 7**
URL  https://www.youtube.com/@jinchengzhangfindtherealmu6125

9 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang find the real music title 6**
URL https://www.youtube.com/@jinchengzhangfindtherealmu5460

10 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang find the real music title 5**
URL https://www.youtube.com/@jinchengzhangfindtherealmu2454

11 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang find the real music title 4**
URL https://www.youtube.com/@jinchengzhangfindtherealmu6874

12 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang find the real music title 3**
URL https://www.youtube.com/@jinchengzhangfindtherealmu9871

13 • All documents concerning the YouTube account related to the infringing party for the YouTube Channel:
**Jincheng Zhang find the real music title 2**
URL https://www.youtube.com/@jinchengzhangfindtherealmu921



**YouTube Copyright Complaint Submission**
4/11/23 11:26 PM

From: "YouTube Copyright" <youtube-disputes+1c1lkzpfz1qk307@google.com>
To: googleplus@michelleshocked.com

# YouTube

## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Michelle Shocked
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michelle Shocked
- Your Title or Job Position (What is your authority to make this complaint?): owner of copyright
- Address:
    - 1850 Industrial St
    - Los Angeles, CA 90021
    - US
- Username: Michelle Shocked
- Email Address: googleplus@michelleshocked.com
- Phone: (213) 415-1720

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Xicl4O0UkQg
- Describe the work allegedly infringed: My original song
    - Title of original song: 5 AM in Amsterdam
    - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michelle Shocked

– The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

# YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Apr 12, 2023 googleplus@michelleshocked.com wrote:

Video IDs: Xicl4O0UkQg

**COPYRIGHT CLAIMS BOARD**

Docket number: 23-CCB-0135
Filed date: 06/01/2023 11:53 PM EDT

United States Copyright Claims Board

| Michelle Shocked | | Jincheng Zhang |
|---|---|---|
| CLAIMANT | V. | RESPONDENT |

## Filing receipt

| | |
|---|---|
| **Docket** | 23-CCB-0135 |
| **Type** | A claim for infringement |
| **Would you like to proceed as a "smaller claims" proceeding (including the $5,000 monetary limit) instead of the standard CCB small claims proceeding?** | Yes |
| **Claimant** | **Name** <br> Michelle Shocked <br> **Email address** <br> account@michelleshocked.com <br> **Phone number** <br> 917-341-7735 <br> **Address** <br> 45 Tudor City Place #2108 <br> New York, NY 10017 <br> **Authorized representative information** <br> **Name** <br> Michelle Shocked <br> **Email** <br> account@michelleshocked.com <br> **Phone** <br> 917-341-7735 <br> **Address** <br> 45 Tudor City Place #2108 <br> New York, NY 10017 <br> I represent this claimant |
| **Respondent** | **Name** <br> Jincheng Zhang <br> **Email** <br> zjc1639834588@gmail.com <br> **Phone** <br> 650-214-3010 <br> **Address** <br> 901 Cherry Ave <br> San Bruno, CA 94066 |
| **Infringement claim: Works infringed** | **Title of work** <br> 5 AM in Amsterdam <br> **Author(s)** |

**Has the work been registered by the Copyright Office?**
Yes

**Registration number**
PA0000374062

**Effective date**
05/26/1988

**Type of work**
Musical (such as the underlying musical composition)

**Describe the work**
5 A.M. in Amsterdam, words and music by Michelle Shocked

| Infringement claim: Wrongful activities | **Wrongful activities**<br>Publicly perform the work<br>Create a derivative work<br>Distribute copies of the work<br>Reproduce the work |
|---|---|

**Is the infringement ongoing?**
No

**Infringement dates**
June 6, 2022 - April 13, 2023

**Where the alleged infringing acts occurred, such as a physical place or online. If unknown, type unknown.**

On the YouTube channel 'Jincheng Zhang find the real music title 9" https://www.youtube.com/@jinchengzhangfindtherealmu7778 on a video titled "5 am in Amsterdam Michelle Shocked – Jincheng Zhang (Official Music Video)" https://youtu.be/v=Xicl4O0UkQg. The details providing the location of the channel states it to be located in the United States. I have a good faith intention to file a 512H subpoena with the Northern District Court by Jun 10th, requesting YouTube to produce documentation confirming that the Respondent is operating this channel within the United States, and that the business activity concerning to this channel is within the United States.

**Describe the infringement**

Respondent "Jincheng Zhang" created an unauthorized derivative work of my musical work, "5 AM in Amsterdam." The Respondent uploaded this unauthorized derivative work to the YouTube channel 'Jincheng Zhang find the real music title 9." The musical work was published by the respondent without a performance license. The musical work was published by the respondent without an audiovisual sync license. The musical work was published by the respondent without a mechanical license.
When the Respondent filed a DMCA counterclaim, the Respondent stated, 这个视频里的所有元素都是我的100%的原创，音乐是我的100%的原创，制作视频

用的图片也是我的100%的原创。

Translation:
"All the elements in this video are 100% original to me, the music is 100% original to me, and the images used to make the video are 100% original to me."
The musical work "5 A.M. in Amsterdam" is my registered, copyright-protected work.
In the counterclaim, the respondent stated, "I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant."
The respondent operates several YouTube channels, including
"Jincheng Zhang find the real music title 8"
https://www.youtube.com/@jinchengzhangfindtherealmu6963
"Jincheng Zhang find the real music title 7"
https://www.youtube.com/@jinchengzhangfindtherealmu6125
"Jincheng Zhang find the real music title 6"
https://www.youtube.com/@jinchengzhangfindtherealmu5460
"Jincheng Zhang find the real music title 5"
https://www.youtube.com/@jinchengzhangfindtherealmu2454

The Respondent also maintains both a primary and secondary YouTube channels:

Primary YouTube channel "Jincheng Zhang"
https://www.youtube.com/@JinchengZhang
Secondary YouTube channel "Jincheng Zhang Second Channel"
https://www.youtube.com/c/JinchengZhangSecondChannel

The Respondent created a YouTube channel on Dec 3, 2020 titled "Jincheng Zhang Helps You Find 5968" at this URL location: https://www.youtube.com/@jinchengzhanghelpsyoufindt5968"
This YouTube channel also includes the following information in the description:
(Youtube Audio Library No Copyright Music) You can download and use this music for free in Youtube Audio Library. Jincheng Zhang helps you find the real music title. When you use software that recognizes music names, such as Shazam, SoundHound, etc., the wrong music name will appear, but it doesn't matter you can find the correct Youtube Audio Library No Copyright Music name here. You can find "Audio Library" on the left toolbar of your YouTube channel dashboard, enter "Audio Library" and you can download and use the music in it for free.
As best I understand this statement, the Respondent has also committed a

Section 1201 "circumvention of copyright protection systems" violation.

**Are any of the respondents online service providers?**

No

**Description of harm suffered and relief sought**

The harm from the alleged activity is the market devaluation of my exclusive intellectual property rights to license my works for derivative uses.

| | |
|---|---|
| **Documentation** | Texas Campfire Tapes - Musical Works - Recordation Certificate.pdf |
| | Universal Music Publishing Michelle Shocked Schedule A 2.jpg |
| | Universal Music Publishing Reversion Michelle Shocked.jpg |
| | YouTube DMCA Notice and Takedown 5 AM in Amsterdam.pdf |
| | JCZ US.png |
| **Your contact emails** | account@michelleshocked.com |



**COPYRIGHT
CLAIMS BOARD**

Docket number: 23-CCB-0135
May 2, 2023

| Michelle Shocked | v. | Jincheng Zhang |
|---|---|---|
| CLAIMANT | | RESPONDENT |

## ORDER TO AMEND NONCOMPLIANT CLAIM

The Copyright Claims Board (Board) finds that your claim does not comply with the requirements of the CASE Act and related regulations. The claim cannot move forward unless it is amended.

If you wish to proceed with this claim, you must file an amended claim by **June 1, 2023**. If you do not, the Board must dismiss your claim without prejudice, although you may file again in the future before the Board or in federal court. If you file an amended claim and it is found compliant, you will be notified and directed to proceed with service. There is no additional filing fee for an amended claim. 17 U.S.C. § 1506(f)(1)(B).

To make your amended claim compliant, you must resolve the issues identified below. **37 C.F.R. § 224.1(c)(2)**. You may also choose to correct or edit any errors or other information in your claim before you file it again. You do not need to provide a legal argument in your claim – just a statement of facts and circumstances. Being specific in your description gives the other party and the Board more information about your claim. There is no character limit, so please be as detailed as possible.

**Foreign Respondent**

The Board cannot hear a claim asserted against a person or entity residing outside the United States. 17 U.S.C. § 1504(d)(4). The claim must include the respondent's address. 37 C.F.R. § 222.2(c)(6).

In the claim form, you listed 901 Cherry Avenue, San Bruno, CA 94066 as the respondent's address. However, other information you have submitted to the Board appears to contradict the accuracy of that address. You allege that the respondent made a misrepresentation in a counter-notice sent to YouTube and you appear to quote the full counter-notice, including an address for the respondent in China. In addition, you listed the San Bruno address as YouTube's address in a separate proceeding pending before the Board, *Michelle Shocked v. Carol H. Chen and YouTube (Google LLC)*, 23-CCB-0148. Those filings indicate that the San Bruno address you provided for the respondent is really YouTube's address and that the respondent may be a resident of China. As a result, the Board may not be able hear this claim.

In the "Describe the content of the counter-notice" section, you state that the respondent's counter-notice included the following: "I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is

located[.]" However, even if the respondent consented to be sued in a federal court in California, that would not give the Board a basis to hear a claim against a foreign resident.

Because the respondent appears to be a foreign resident, we have not reviewed the remainder of your claim to determine whether it complies in other respects with the legal and formal requirements for a claim before the Board. If you submit an amended claim that resolves the foreign resident issue, the Board will engage in a full compliance review, so you should review the **CCB Handbook** and make sure the rest of your amended claim is compliant. If you file an amended claim, please include additional information in the "Describe the infringement" section of the claim detailing why you believe that the respondent is a United States resident and that the address you supplied is correct. If the San Bruno address provided in the claim form is incorrect but the respondent in fact resides in the United States, you should also correct the address in the "Respondent" section. However, if the respondent resides in China, the Board cannot hear the claim and you should not file an amended claim.

To submit an amended claim, log into your eCCB account and take the following steps:
1. From your dashboard, click the **"Amend claim"** button and select your docket number from the dropdown list.
2. Your claim will unlock for editing. The information you originally entered will appear in the same order as in your original claim.
3. Make the necessary edits. If you have filed supplemental documents, you must re-upload any documents you wish to include in the amended claim on the **"Documentation"** page. Please include only documents directly related to your claim, and label them clearly.
4. Once you have completed your edits, continue to click through the fillable claim form until you reach the **"Review"** page. The Review page includes all the information that you have provided in the claim up to this point. Carefully double-check the information on this page. If you have any corrections, you can select **"Edit"** to revise any entries necessary. Each section of information has an **"Edit"** button, which will take you back to that section so you can make changes. After you make changes, you can click **"Save & review"** to return to the Review page. Please review your claim carefully. Once you submit your amended claim, you will be unable to edit the claim while it is in compliance review.
5. Once you have completed your review and any revisions, you must confirm that the information in your claim is accurate and truthful to the best of your knowledge. To complete the declaration, type your full name into the **"Digital signature"** box near the bottom of the **"Review filing"** page and click **"Agree & submit."**

If you have questions, please contact asktheboard@ccb.gov. Include your docket number in the subject line. The Board is unable to provide legal advice. We can only provide legal information and assistance concerning Board procedures and requirements. If you would like to seek further guidance from a lawyer or a law student at

reduced or no cost, please visit the **Pro Bono Assistance** page on ccb.gov. You may also refer to the **Compliance Review** chapter of the CCB Handbook for more assistance.

Copyright Claims Attorney