JUDGE WOODS          JUN 6 0 2023        23MISC0186

## MISCELLANEOUS CASE COVER SHEET

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Michelle Shocked | YouTube (Google, Inc) |

| **Attorney's** (Firm Name, Address, and Telephone Number) | **Attorneys (If Known)** |
|---|---|
| Pro Se | Custodian of Records for Google, Inc 1600 Ampitheater Pkwy, Mountain View CA 94043 and Corporation Service Co. 2710 Gateway Oaks Ste 150N Sacramento CA 95833 |

**DESCRIPTION OF CASE**

512(H) Subpoena to Identify Infringer Request

**Has this or a similar case been previously filed in SDNY ?**

No? ☒  Yes? ☐   Judge Previously Assigned _____

If yes, was this case: Vol.☐   Invol. ☐   Dismissed. No☐   Yes ☐

If yes, give date _____ & Case No. _____

## NATURE OF CASE

- ☐ M 08-85 Motion to Compel
- ☐ M 08-85 Motion to Quash
- ☐ M 08-86 Internet Infringement
- ☐ M 08-88 Surety Companies
- ☐ M 08-425 Sureties Proceedings

- ☐ M 11-03 SEC Litigation to Freeze Account
- ☐ M 11-188 GJ Subpoenas - Unsealed
- ☐ M 11-189 GJ Subpoenas - Sealed
- ☐ M 16-88 Sale of Unclaimed Seamen's' Effects
- ☐ M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- ☐ M 18-302 Registration of a Judgment from Another District
- ☑ M 18-304 Administrative Subpoena Proceedings
- ☐ M 18-305 Registration of Student Loan Judgment
- ☐ M 18-981 Nonjudicial Civil Forfeiture Proceeding
- ☐ M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- ☐ M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- ☐ M 19-63 Receivers - Property in Other Districts
- ☐ M 19-78 Denial to Sue In Forma Pauperis
- ☐ M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- ☐ M 22-2 Designation of individual to issue certified copies in bankruptcy part
- ☐ M 23 Petition to Perpetuate Testimony
- ☐ M 25-1 Order for Entry to Effect Levy - IRS Matter
- ☐ M 25-2 Permission to have access to safe deposit boxes
- ☐ M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- ☐ M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- ☐ M 28 Warrant for Entry & Inspection of Premises
- ☐ M 29 Privacy Act Application
- ☐ M 30 Privacy Act Application
- ☐ M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- ☐ M 32 Petition for Writ to Produce Federal Prisoner in State Court
- ☐ M 33 Inspection Warrant - Department of Energy
- ☐ M 34 Order of Another District Court that the State Court Produce
- ☐ M 35 Order to Stay Transfer of Federal Prisoner
- ☐ M 36 National Labor Relations Board
- ☐ M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- ☐ M 38 Application for Reassignment of Bankruptcy Proceeding
- ☐ M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- ☐ M 41 Order of Return of 28:2254/2255 Petition
- ☐ M 42 Order Denying Stay of Deportation
- ☐ M 43 Contempt of Court in Bankruptcy
- ☐ M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- ☐ M 46 Order From Another District for Public Viewing
- ☐ M 47 Bankruptcy Cases - Before Appeal Filed
- ☐ M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- ☐ M 48 Application for Appointment of Counsel - No Case In This Court
- ☐ M 49 Order Denying Commencement of Civil Action

**NATURE OF CASE CONTINUED**

☐ M 51 Order to Show Cause - Case Being Transferred
from Northern District of New York

☐ M 52 Application for Leave to File a Complaint

☐ M 53 Order Barring Individual from Entering
Courthouse Building

☐ M 54 Immigration Naturalization - Order Delaying
Deportation

☐ M 55 Petition for Appointment of Impartial Umpire –
Labor Management Relations Act and Others

☐ M 58 Application for Extension of Time to File Petition
for Removal

☐ M 59 Application to Produce Federal Prisoner in State
Court

☐ M 67 Notice of Eviction to Squatters (USA Cases)

☐ M 71 Application re: Federal Rules Cr. 11(e)(2)

☐ M 72 Order of Attachment of Another District -- EDNY

☐ M 73 Subpoena to Government Agency

☐ M 75 Application for Writ of Garnishment

☐ M 76 Central Violations Bureau

☐ M 77 Application to have subpoena issued to person
living in this district regarding action in foreign country
or tribunal

☐ M 90 Order of Attachment

☐ M 93 Letters Rogatory _____

☐ M 94 Other   512H Subpoena

☐ M 98 Application to file a civil case under seal.

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE_____MISCELLANEOUS CASE NUMBER _____

**NOTE: Please submit at the time of filing an explanation of why cases are deemed related**

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Michelle Shocked
45 Tudor City Place #2108
NY NY 10017
New York County

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

YouTube (Google, Inc.) 901 Cherry Ave, San Bruno CA 94066
Santa Clara County

DEFENDANT(S) ADDRESS UNKNOWN

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE   ADDRESSES OF THE FOLLOWING DEFENDANTS:   Jincheng Zhang

CHECK ONE: AT LEAST ONE PARTY IS PRO SE     No ☐     Yes ☒

CHECK ONE: THIS ACTION SHOULD BE ASSIGNED TO     WHITE PLAINS ☐     MANHATTAN ☒

DATE          SIGNATURE OF ATTORNEY OF RECORD                    ADMITTED TO PRACTICE IN THIS DISTRICT

                                                                              ☐ U.S. GOVERNMENT ATTORNEY

                                                                              ☐ NO

                                                                              ☐ YES (DATE ADMITTED MO._____ YR. _____)
RECEIPT #                                                                       ATTORNEY BAR CODE # _____

Ruby J. Krajick, Clerk of Court,     _____     Dated_____

by Rev. 04/2019