```
                                              ┌─────────────────────────────────┐
                                              │ USDC SDNY                        │
                                              │ DOCUMENT                         │
UNITED STATES DISTRICT COURT                  │ ELECTRONICALLY FILED             │
SOUTHERN DISTRICT OF NEW YORK                 │ DOC #: _____         │
                                              │ DATE FILED:  6/14/2023           │
------------------------------------------ X  └─────────────────────────────────┘
                                           :
IN RE:  DMCA SECTION 512(H) SUBPOENA       :
TO YOUTUBE (GOOGLE, INC.)                  :
                                           :         1:23-mc-186-GHW
                                           :
                                           :         ORDER GRANTING
------------------------------------------ X               SUBPOENA
```

GREGORY H. WOODS, United States District Judge:

This matter comes before the Court upon the *ex parte* application of movant Michelle Shocked, along with supporting documents for the signing of a subpoena directing Youtube LLC and Google LLC to produce the identify of entities or persons believed to be infringing on the copyright of Michelle Shocked.  Having considered the application and documents submitted in support of the instant application, the Court finds good reason to issue an order directing the clerk to issue said subpoena.  It is therefore ORDERED that the clerk of this Court shall issue the subpoena for Youtube LCC and Google LLC, as sought by the movant.  The Clerk of Court is directed to close this case thereafter.

SO ORDERED.

Dated:  June 14, 2023
        New York, New York

_____
GREGORY H. WOODS
United States District Judge